**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Armando SEVILLA, Defendant–
Appellant.**

**No. 02–30066.**

**D.C. No. R–01–00058–SEH.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 11, 2002.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Sevilla's request for oral argument is denied.

**MEMORANDUM****

Armando Sevilla appeals his sentence of 57 months imposed following his guilty plea conviction for one count of conspiracy to distribute marijuana in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). We review for clear error a district court's factual finding that the defendant was not a minimal or minor participant for purposes of U.S.S.G. § 3B1.2. *United States v. Pena–Gutierrez,* 222 F.3d 1080, 1091 (9th Cir.2000). We affirm.

The district court did not commit clear error by denying Sevilla a downward adjustment because Sevilla has not demonstrated that he is substantially less culpable than other participants in the crime. *See id.*

Sevilla's contention that the district court failed to consider evidence of the relative culpability of Sevilla and other participants is belied by the record.

We deny Sevilla's motion to strike a portion of appellee's opening brief.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.